IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**QUAWNTAY ADAMS,**

**Defendant.**                                                           **No. 04-CR-30029-DRH-3**

### ORDER

**HERNDON, District Judge:**

Because the Court does not accept pleadings from defendants represented by counsel, the Court **STRIKES** Adams' *pro se* Motion to Dismiss the Indictment (Doc. 148).

**IT IS SO ORDERED.**

Signed this 26th day of May, 2005.

/s/    David R Herndon

**United States District Judge**