IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**QUAWNTAY ADAMS,**

**Defendant.**                                                       No. 04-CR-30029-DRH-3

### ORDER

**HERNDON, District Judge:**

Now before the Court is counsel Grant J. Shostak's Motion to Withdraw as appointed counsel for Defendant Quawntay Adams (Doc. 147). In support of the motion, Mr. Shostak states that his relationship with Adams has deteriorated to the point he no longer believes he can effectively represent Adams and protect his interests. In addition, Mr. Shostak tells the Court that Adams has advised him he no longer desires Mr. Shostak's services.

Accordingly, due to the conflict between Adams and his counsel and in the interest of justice, the Court **GRANTS** Mr. Shostak's Motion to Withdraw (Doc. 147) and **APPOINTS** Criminal Justice Panel attorney Steven V. Stenger, Esq., 7751 Carondelet, Suite 500, Clayton, Missouri 63105, to represent Adams in this matter, **18 U.S.C. § 3006A**.

**IT IS SO ORDERED.**

Signed this 26th day of May, 2005.

/s/   David RHerndon

**United States District Judge**