IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANGEL BUSTOS-AGUIRRE,
QUAWNTAY ADAMS,
NICOLE BOWLINE, &
JOHNNY JOHNSON,

    Defendants.               No. 04-CR-30029-DRH

## ORDER

**HERNDON, District Judge:**

    Now before the Court is the unopposed motion of Defendant Johnny Johnson to continue trial. **(Doc. 167)**. In support of his motion, Johnson's counsel, Robert H. McNeill, Jr., states that he was recently retained to represent Johnson and needs time to prepare for trial as well as being engaged in other trials. The motion further states that Johnson's counsel has spoken to counsel for all the parties in this case and they have no objection to granting the motion.

    The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial. Therefore, the Court **GRANTS** Johnson's motion to continue. **(Doc. 167)**. The Court **CONTINUES** the jury trial scheduled for Monday, July 25, 2005 at 9:00 a.m. to **Monday, November 7, 2005**

**at 9:00 a.m.**  The time from the date the original motion was filed, July 7, 2005, until the date to which the trial is rescheduled, November 7, 2005, is excludable time for the purposes of speedy trial.

      **IT IS SO ORDERED.**

      Signed this 13th day of July, 2005.

                                  /s/    David RHerndon
                                **United States District Judge**