IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**QUAWNTAY ADAMS,**

    **Defendant.**                                              **Case No. 04-cr-30029-DRH**

## ORDER

**HERNDON, District Judge:**

    For the reasons stated by the Court on the record during the hearing on Defendant Quawntay Adams's Motion to Dismiss Counts 1 and 2 of Third Superseding Indictment (Doc. 253), conducted on September 5, 2006, Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED.**

Signed this 5th day of September, 2006.

                                                     /s/      David   RHerndon
                                                   **United States District Judge**