IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

v.

**QUAWNTAY ADAMS, et al.,**

 **Defendants.**        **Case No. 04-CR-30029-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

  The Court has been advised that the United States Marshal's Office – in light of defendant Adams's recent escape from Alton Jail – intends to limit Defendant's telephone and mail privileges to his legal team *only*, for security reasons. The Court hereby **ORDERS** Defendant to file a memorandum to **SHOW CAUSE** why the Court should not issue and Order regarding this security measure. Defendant shall file his memorandum by **Monday, September 18, 2006.** The Government shall have **five (5) days** after Defendant files his memorandum to file a Response. Defendant shall then have **five (5) days** after the Government files a Response to file a Reply.

  **IT IS SO ORDERED.**

  Signed this 8th day of September, 2006.

                /s/  David  RHerndon
                **United States District Judge**