IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**QUAWNTAY ADAMS, et al.,**

    **Defendants.**                                    **Case No. 04-CR-30029-DRH**

### ORDER

**HERNDON, District Judge:**

        Previously, in an Order issued September 8, 2006 (Doc. 266), the Court granted Defendant's oral motion to reopen his Motion to Dismiss (Doc. 253) in order to supply the Court with supplemental case law regarding one of the arguments made in their Motion. The deadline for submitting this supplemental memorandum was October 9, 2006. Defendant has now filed a Motion for Extension of Time (Doc. 279) to file this supplemental memorandum. The Motion states that the Government does not oppose granting the extension, but also requests it be given two weeks from the new date for a response. Therefore, as the parties consent and for good cause shown, the Court **GRANTS** the Motion for Extension of Time (Doc. 279), filed by Defendant. Accordingly, Defendant shall file his Supplemental Brief to his Motion to Dismiss by **Monday, October 23, 2006**. The Government shall file its Response to Defendant's Supplemental Brief no later than **Monday, November 6, 2006**.

1

Defendant shall file a Reply (if he so chooses) no later than **Monday, November 20, 2006**.

**IT IS SO ORDERED.**

Signed this 6th day of October, 2006.

/s/     David   RHerndon
**United States District Judge**