IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUAWNTAY ADAMS,

    Defendant.                    Case No. 04-CR-30029-3-DRH

### ORDER

**HERNDON, Chief Judge:**

    Upon being informed by counsel that defendant Quawntay Adams will not be entering a change of plea at the scheduled hearing on January 31, 2008, the Court hereby **CANCELS** the change of plea/sentencing hearing. Instead, the parties will proceed to trial as scheduled for Monday, March 3, 2008 at 9;00 a.m.

    **IT IS SO ORDERED**.

    Signed this 28th day of January, 2008.

                                          /s/     David R Herndon
                                        **Chief Judge**
                                        **United States District Court**