IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 04-CR-30029-03-DRH |
| | ) | |
| QUAWNTAY ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONTINUING SUBPOENAS

On oral motion of the United States of America, made in open court on March 5, 2008, it is hereby ordered that all trial subpoenas served on or before the date of said motion, by the United States or the Defendant, are hereby continued in full force and effect to July 14, 2008, the rescheduled trial date.

Signed this 17th day of March , 2008

/s/ David R Herndon
Chief, United States District Judge