IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**QUAWNTAY ADAMS,**

                                      Case No. 04-cr-30029-3-DRH

    **Defendant.**

## ORDER

**HERNDON, District Judge:**

In March 5, 2008, the Court ordered that defendant Quawntay Adams undergo a psychiatric or psychological examination to determine his competency, pursuant to **18 U.S.C. § 4241(a)** (Doc. 357). After the examination was conducted, the report was forwarded to the Court, pursuant to **18 U.S.C. § 4247(c)**.

As the Court stated in its previous Order, the United States Marshal shall transport the Defendant to the institution designated by the Attorney General and upon completion of the examination, return him to the Court for a competency hearing in accordance with the provisions of **Title 18 U.S.C. § 4241(a) and (c)** and **4247(d)**. Because the examination is now complete, the Court hereby **ORDERS** that a **COMPETENCY HEARING** be conducted for defendant Adams on **Monday, June**

2, 2008 at 2:30 p.m.[1]

**IT IS SO ORDERED.**

Signed this 27th day of May, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**

---

[1] The Court further notes that under **18 U.S.C. § 3161(h)(1)(A)**, any period of delay resulting from examinations to determine a defendant's competency is considered excludable under the Speedy Trial Act. However, this matter is already under the "umbrella" of excludable time from the Court's previous Order (Doc. 357), continuing the trial date to July 14, 2008.