IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 04-30029-DRH |
| | ) | |
| QUAWNTAY ADAMS a/k/a "Bosco," | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
**DEC 1 2 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO PROCEEDS OF $58,475.00

In Count 7 of the Third Superseding Indictment filed in the above cause on July 20, 2006, the United States sought forfeiture of property of Defendant, Quawntay Adams, a/k/a "Bosco", pursuant to 18 U.S.C. § 982(a)(1). The Court, upon consideration of the evidence adduced at the trial of this matter, hereby finds by preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property which was involved in the offense described in Count 3 of the Third Superseding Indictment to which Defendant is pleading guilty:

**Fifty-eight thousand, four hundred and seventy-five dollars ($58,475.00) in United States funds**.

A monetary forfeiture judgment is entered in favor of the United States and against defendant Quawntay Adams, a/k/a "Bosco" in the amount of $58,475.00.

In that the forfeiture consists of a monetary judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

The United States is no longer seeking the forfeiture of the 2001 Chevrolet Monte Carlo, VIN: 2G1WX15K019262283, described in Count 7 of the Third Superseding Indictment, and an Order of Forfeiture is therefore not being entered against same.

Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is hereby decreed to be final with respect to the defendant Quawntay Adams, a/k/a "Bosco" and shall be made a part of his sentence and shall be included in the Judgment entered against him in this case.

**IT IS SO ORDERED.**

Dated: 12-12-2008

_____
**DAVID R. HERNDON**
**United States Chief Judge**