IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:04-CR-30029-NJR-3 |
| QUAWNTAY ADAMS, | |
| Defendant. | |

## ORDER

**ROSENSTENGEL, Chief Judge:**

On July 6, 2020, this Court indicated an intention to grant Adams Motion for Compassionate Release pending approval of a home plan (Doc. 582). Yesterday, U.S. Probation Officer Arlene Carty filed a report indicating that the U.S. Probation and Pretrial Services Office for the Central District of California has found Defendant Quawntay Adams' home plan to be acceptable.

His home plan having been approved, the Court **GRANTS** the previously filed motion (Doc. 555) and **ORDERS** the release of Mr. Adams from the custody of the Bureau of Prisons following the completion of a 14-day quarantine according to Bureau of Prisons' procedures. These procedures are necessary to protect the public, as well as Adams' family, following his release. Nonetheless, Adams shall be released from BOP custody *no later than* **August 14, 2020**.

**IT IS SO ORDERED.**

DATED: July 23, 2020

_____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge