# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    Case No. 3:04-cr-30029-NJR

QUAWNTAY ADAMS,

    Defendant.

## MOTION TO TERMINATE SUPERVISED RELEASE

COMES NOW, the undersigned defendant, Quawntay Adams, pro se, and respectfully moves this Court to terminate his supervised release, and in support thereof, states as follows:

1. On January 23, 2004, the defendant was arrested and charged in the United States District Court for the Southern District of Illinois for Possession with Intent to Distribute Marijuana in violation of Title 18, United States Code, section 841(a)(1)(B).

2. On July 14, 2008, defendant was found guilty by a jury and sentenced to 420 months imprisonment and 8 years supervised release.

3. On July 23, 2020, this Court granted the defendant's motion to reduce his sentence pursuant to Title 18, United States Code, section 3582(C)(1)(c) "Compassionate Release" and ordered that the defendant be released from

5. Since his release from prison, the defendant has gained full custody of his teenage daughter, worked as a film producer and motivational speaker, produced a feature film about his life story, and formed a nonprofit organization, The Chasin' Freedum Foundation, to help keep youth from taking the road that leads to crime and prison.

6. Based on the defendant's clear conduct and productive actions since his release from prison, the undersigned respectfully requests that this Court terminate his supervised release so that he may enjoy his freedom and be more affective in his work without the travel restrictions and limitations.

WHEREFORE, the defendant respectfully requests that this Court grant his motion to terminate supervised release.

Respectfully submitted, Quawntay Adams.

_____          _01/09/2023_____
Quawntay Adams, Pro Se                    Date: 01/09/2023

# AFFIDAVIT

I, Quawntay Adams, swear under the penalty of perjury that the following is true:

1. Since my release, I have not been involved in any activity that is considered illegal under any federal or state law.
2. I have full custody of my daughter.
3. I work as a film producer for Fluke Studio and Chasin' Freedum Films.
4. I've produced a feature film entitled "Bosco" based on my life story. The film stars Tyrese Gibson (Fast and Furious), Nikki Blonsky (Hairspray), Vivica Fox (Kill Bill), Thomas Jane (The Punisher), Theo Rossi (Sons of Anarchy), and Aubrey Joseph (Cloak and Dagger).
5. I have produced a music soundtrack with Snoop Dogg, French Montana, and other artists.
6. I have worked with Morgan Freeman's production company, Revelation, on a documentary episode entitled "Great Escape" based on my story.
7. I have been doing public speaking around the country. I've spoken in Nashville Tennessee at the conference for the National Association of Drug Court Professionals. I've spoken for the Arcview summit in Miami, Florida. I've spoken for United World College. And I have spoken at several more events and conferences. I also am expected to be invited to speak at many more places around the world over the next few months.
8. I have started a nonprofit foundation to keep people out of prison. I am also working with another nonprofit that provides sports opportunity to kids to keep them off the streets.
9. I am likely to be invited to film festivals around the world starting with the Berlin film festival in Germany in February 2023.

_Q. Adams_                                      Date: 01/09/2023

Quawntay Adams

Quawntay Adams
45014 Denmore Ave
Lancaster, CA 93535

Clerk of court
U.S. District court
Southern District of Illinois
705 Missouri Ave
East St. Louis, IL 62201

MAIL CLEARED US MARSHAL

RECEIVED

JAN 17 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE